TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE APELACIONES
**PANEL IV[1]**

| | | |
|---|---|---|
| **MARÍA TERESA RAMOS CRUZ Y OTROS**<br><br>**EX PARTE**<br>PETICIONARIA(S)- APELANTE(S)<br><br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO**<br>APELADA(S) | **KLAN202500417** | *APELACIÓN*<br>procedente del Tribunal de Primera Instancia, Sala Superior de **CAGUAS**<br><br>Caso Núm.<br>**CD2024CV00237 (305)**<br><br>Sobre:<br>Expediente de Dominio |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Juez Barresi Ramos y el Juez Sánchez Báez.

## SENTENCIA

En San Juan, Puerto Rico, hoy día 28 de mayo de 2025.

Comparece ante este Tribunal de Apelaciones, **MARÍA TERESA RAMOS CRUZ Y JUAN REINERIO PÉREZ DE JESÚS, AMBOS POR SÍ Y EN REPRESENTACIÓN LEGAL DE LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS** mediante *Apelación* instada el 9 de mayo de 2025. En su recurso, nos solicitan que revisemos la *Resolución Final* dictaminada el 13 de marzo de 2023, por el Tribunal de Primera Instancia, Sala Superior de Caguas.[2] Mediante la antedicha determinación, el foro apelado desestimó la *Petición* sobre expediente de dominio incoada por **MARÍA TERESA RAMOS CRUZ** y **JUAN REINERIO PÉREZ DE JESÚS, AMBOS POR SÍ Y EN REPRESENTACIÓN LEGAL DE LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS** al amparo de la Regla 39.2 (a) de las de Procedimiento Civil de 2009. Ello en consideración a no haber mostrado causa por la cual no se debía desestimar su reclamación ante la certificación expedida el 28 de enero de 2025, por el Registro de la

---

[1] Véase *Orden Administrativa DJ 2024-062C* de 6 de mayo de 2025 sobre designación de paneles en el Tribunal de Apelaciones.

[2] Dicho dictamen judicial fue notificado y archivado en autos el 19 de marzo de 2025. Apéndice de la *Apelación*, págs. 147- 148.

Propiedad, en la cual se expresó que la finca sobre la cual se interpela el dominio aparecía inscrita en sus archivos.

El pasado 23 de mayo, **MARÍA TERESA RAMOS CRUZ** y **JUAN REINERIO PÉREZ DE JESÚS, AMBOS POR SÍ Y EN REPRESENTACIÓN LEGAL DE LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS** presentaron un *Aviso de Desistimiento* revelando su interés de desistir del recurso presentado al amparo de la Regla 83 del Reglamento del Tribunal de Apelaciones.

- II -

La Regla 83 (A) del Reglamento del Tribunal de Apelaciones faculta a la parte promovente de un recurso presentar en cualquier momento un aviso de desistimiento.[3] En conformidad con la citada regla, ***damos por desistida***, la *Apelación* interpuesta el 9 de mayo de 2025 por **MARÍA TERESA RAMOS CRUZ** y **JUAN REINERIO PÉREZ DE JESÚS, AMBOS POR SÍ Y EN REPRESENTACIÓN LEGAL DE LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS**; y ordenamos el cierre y archivo del presente caso.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la Secretaría del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] Dicho inciso lee: *"Regla 83 — Desistimiento y desestimación* (A) La parte promovente de un recurso podrá presentar en cualquier momento un aviso de desistimiento".